UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| TIMOTHY A. HARLESS and | ) | Case No.: 12-31079-KKS |
| MAE D. HARLESS, | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Judge: Karen K. Specie |
| _____ | ) | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW movant, FIRST CITY BANK OF FLORIDA, by and through its undersigned counsel, and moves this Honorable Court to lift the automatic stay, pursuant to 11 U.S.C. §362 and Local Rules, with respect to the following property of the estate (hereinafter "Lot"):

*Lot 15, Block C, Seminole Subdivision, according to the plat thereof as recorded in Plat Book 2, Page 157, Public Records of Okaloosa County, Florida*

and as grounds thereof states:

1. On May 7, 2012, a *Summary Final Judgment* was entered against Debtors and in favor of First City Bank of Florida in the amount of $322,575.34 (hereinafter "Judgment"). A copy of the Judgment is attached hereto as **Exhibit A**.

2. On May 31, 2012, a certified copy of the Judgment was recorded in Book 3037, Page 3632 of the Public Records of Okaloosa County, Florida.

3. Pursuant to F.S. §55.10, upon the recording of a certified copy of the Judgment in the county where the Lot is located, the Judgment became a lien encumbering the Lot.

4. There remains due and owing on the Judgment the amount of $326,269.49 as of August 3, 2012. See *Affidavit of Indebtedness* attached hereto as **Exhibit B**.

5. The estimated value of the Lot is $45,000.00 according to Okaloosa County Property Appraiser. See Okaloosa County Property Appraiser's valuation attached hereto as **Exhibit C**.

6. Relief from the stay should be granted for cause as contemplated by Section 362(d) of the Bankruptcy Code because: (1) First City Bank of Florida lacks adequate protection of its interest in the Lot; and (2) the debtor does not have any equity in the Lot and it is not necessary to an effective reorganization.

**WHEREFORE**, First City Bank of Florida moves for the following:

A. An order granting *in rem* relief from the automatic stay pursuant to 11 U.S.C. 362 to permit First City Bank of Florida to pursue its rights against the Lot; and

B. Such other relief as the Court may decide to be just and proper.

Respectfully submitted this 6th day of February, 2013.

/s/ William G. Kilpatrick, Jr.
William G. Kilpatrick, Jr.
Florida Bar No.: 0413909
**Fleet, Spencer & Kilpatrick, P.A.**
36474-C Emerald Coast Parkway, Suite 3202
Destin, FL 32541
(850) 650-7299
(850) 650-1499 (fax)
Email: bill@fleetspencer.com
Attorneys for First City Bank of Florida

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2013, a true and correct copy of the foregoing *Motion for Relief from Automatic Stay*, together with all exhibits and attachments thereto, if any, was furnished either electronically or by U.S. Mail first class postage prepaid to:

Ashley B. Rogers
Chesser & Barr, P.A.
398 N. Main Street, Ste. B
Crestview, FL 32536

FIA Card Services
4161 Piedmont Parkway
NC4 105 03 14
Greensboro, NC 27410

Yellow Book Sales & Distribution, Inc.
c/o RMS Bankrupcty Recovery Services
PO Box 5126
Timonium, Maryland 21094

American Express Bank, FSB
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Wex Bank
P.O. Box 639
Portland, ME 04104

TD Retail Card Services
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374

John Deere Landscapes
21 Shannon Lane
Santa Rosa Beach, FL 32459-4270

Twin Cities Hospital
c/o Resurgent Capital Services
P.O. Box 1927
Greenville, SC 29602

Georgia Ann Furlong
837 Coldwater Creek Circle
Niceville, FL 32578

Trustmark National Bank
c/o Jason A. Burgess
118 W. Adams St. #900
Jacksonville, FL 32202

Bank of the West
c/o Allison D. Thompson
Law Offices of Daniel C. Consuegra
9204 King Palm Drive
Tampa, FL 33619-8331

U.S. Trustee
110 East Park Avenue, Ste. 128
Tallahassee, FL 32301

John E. Venn, Jr.
220 W. Garden Street, Suite 603
Pensacola, FL 32502

/s/ William G. Kilpatrick, Jr.
William G. Kilpatrick, Jr.
Florida Bar No.: 0413909
**Fleet, Spencer & Kilpatrick, P.A.**
36474-C Emerald Coast Parkway, Suite 3202
Destin, FL 32541
(850) 650-7299
(850) 650-1499 (fax)
Email: bill@fleetspencer.com
Attorneys for First City Bank of Florida