UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                              )
                                    )
TIMOTHY AND MAE HARLESS             ) CASE NO. 12-31079-KKS
                                    ) CHAPTER 7
                Debtor.             )
_____ )

**OBJECTION TO MOTION FOR RELIEF FROM STAY (Doc. 55)**

JOHN E. VENN, JR., TRUSTEE, hereby files his Objection to Motion for Relief from Stay (Doc. 55) filed herein by First City Bank of Florida and says:

1.   First City Bank of Florida has filed a motion to obtain relief from the automatic stay with respect to a 2006 Ford F-250. The basis of it's claim for relief is that it filed a judgment lien certificate with the Florida Department of State.

2.   The 2006 Ford F-250 is titled in the name of Mae Harless and is not claimed as exempt.  Accordingly, on the date the petition was filed, August 3, 2012, the truck became property of the Bankruptcy Estate.

3.   FL Stat. §319.27 governs the perfection of liens on motor vehicles.  In order for a judgment creditor to perfect a lien on a motor vehicle, it has to either note the lien on the Certificate of Title or take possession of the vehicle.  First City Bank of Florida has done neither of these things.

Accordingly, any lien of First City Bank of Florida is not

perfected and relief from the automatic stay should be denied.


/s/ John E. Venn, Jr.
JOHN E. VENN, JR.
FL Bar No. 184992
220 W. Garden St.
Suite 603
Pensacola, FL 32502
(850) 438-0005
Johnevennjrpa@aol.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the
foregoing has been furnished to WILLIAM G. KILPATRICK, JR.,
36474-C Emerald Coast Pkwy., Suite 3202, Destin, FL 32541, ASHLEY
B. ROGERS, 398 N. Main St., Ste. B, Crestview, FL 32536 and
CHARLES EDWARDS, Office of U.S. Trustee, 110 E. Park Ave., Room
128, Tallahassee, FL 32301, by electronic and/or regular U.S.
Mail, this 20th day of February, 2013.


/s/ John E. Venn, Jr.
JOHN E. VENN, JR.