UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| TIMOTHY A. HARLESS and | ) | Case No.: 12-31079-KKS |
| MAE D. HARLESS, | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Judge: Karen K. Specie |
| | ) | |

**WITHDRAWAL OF
MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW creditor, FIRST CITY BANK OF FLORIDA, by and through its undersigned counsel. Having conferred with the Trustee regarding his *Objection to Motion for Relief from Stay* (Doc. 83), FIRST CITY BANK OF FLORIDA hereby withdraws its previously filed *Motion for Relief from Automatic Stay* (Doc. 55) with regards to the following Property of the Estate:

Year: 2006    Make: Ford    Model: F-250
Color: Black    VIN#: 1FTSX21P16EA63843

Respectfully submitted this 4th day of March, 2013.

         /s/ William G. Kilpatrick, Jr.
         William G. Kilpatrick, Jr.
         Florida Bar No.: 0413909
         **Fleet, Spencer & Kilpatrick, P.A.**
         36474-C Emerald Coast Parkway, Suite 3202
         Destin, FL 32541
         (850) 650-7299
         (850) 650-1499 (fax)
         Email: bill@fleetspencer.com
         Attorneys for First City Bank of Florida

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March, 2013, a true and correct copy of the foregoing *Motion for Relief from Automatic Stay*, together with all exhibits and attachments thereto, if any, was furnished either electronically or by U.S. Mail first class postage prepaid to:

Ashley B. Rogers
Chesser & Barr, P.A.
398 N. Main Street, Ste. B
Crestview, FL 32536

FIA Card Services
4161 Piedmont Parkway
NC4 105 03 14
Greensboro, NC 27410

Yellow Book Sales & Distribution, Inc.
c/o RMS Bankrupcty Recovery Services
PO Box 5126
Timonium, Maryland 21094

American Express Bank, FSB
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Wex Bank
P.O. Box 639
Portland, ME 04104

TD Retail Card Services
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374

John Deere Landscapes
21 Shannon Lane
Santa Rosa Beach, FL 32459-4270

Twin Cities Hospital
c/o Resurgent Capital Services
P.O. Box 1927
Greenville, SC 29602

Georgia Ann Furlong
837 Coldwater Creek Circle
Niceville, FL 32578

Trustmark National Bank
c/o Jason A. Burgess
118 W. Adams St. #900
Jacksonville, FL 32202

Bank of the West
c/o Allison D. Thompson
Law Offices of Daniel C. Consuegra
9204 King Palm Drive
Tampa, FL 33619-8331

U.S. Trustee
110 East Park Avenue, Ste. 128
Tallahassee, FL 32301

John E. Venn, Jr.
220 W. Garden Street, Suite 603
Pensacola, FL 32502

   /s/ William G. Kilpatrick, Jr.
William G. Kilpatrick, Jr.
Florida Bar No.: 0413909
**Fleet, Spencer & Kilpatrick, P.A.**
36474-C Emerald Coast Parkway, Suite 3202
Destin, FL 32541
(850) 650-7299
(850) 650-1499 (fax)
Email:  bill@fleetspencer.com
Attorneys for First City Bank of Florida