IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:

TIMOTHY A. HARLESS and
MAE D. HARLESS,                      CASE NO. 12-31079

    Debtors.                         Chapter 7
_____/

## NOTICE OF FILING AMENDED SCHEDULES B AND C

    The Debtors, TIMOTHY A. HARLESS and MAE D. HARLESS, by and through their undersigned attorneys, hereby gives notice of filing of amended schedules B and C.

    DATED this 23rd day of April, 2013.

/s/ Ashley B. Rogers
ASHLEY B. ROGERS
Chesser & Barr, P.A.
398 N. Main St., Ste. B
Crestview, FL 32536
(850) 683-9945
F: (850) 398-6911
FL BAR ID# 0033315
Attorneys for Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy hereof was served via electronic mail on the date set forth on the Court's docket as the date of electronic service to the OFFICE OF THE U.S. TRUSTEE, 110 East Park Avenue, Ste. 128, Tallahassee, FL 32301; and JOHN E. VENN, JR., Trustee, 220 W. Garden St., Ste. 603, Pensacola, FL 32502; JASON A. BURGESS, Esquire, 118 W. Adams St., #900, Jacksonville, FL 32202; WILLIAM G. KILPATRICK, JR., Esquire, 36474-C Emerald Coast Parkway, Ste. 3202, Destin, FL 32541; ALLISON D. THOMPSON, Esquire, 9204 King Palm Drive, Tampa, FL 339619.

/s/Ashley B. Rogers
Attorney

B6B (Official Form 6B) (12/07)

In re   **Timothy A Harless,**                                                                                              Case No.   __12-31079__
        **Mae D Harless**
                                                            Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | Cash<br>Location: 123 Elderberry Lane, Niceville FL 32578 | J | 10.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Checking ($24.31); Bank of America Savings ($36.29), Bank of America Savings ($85.77) | J | 146.37 |
| | | | Wells Fargo Checking | W | 500.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | City of Niceville | J | 80.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Furniture, 4 televisions, Play Station, Wii, old stereo, washer & dryer; misc. hand tools, holiday decorations, microwave oven, BBQ grill.<br>Location: 123 Elderberry Lane, Niceville FL 32578 | J | 1,475.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books and pictures.<br>Location: 123 Elderberry Lane, Niceville FL 32578 | J | 50.00 |
| 6. | Wearing apparel. | | Clothing | J | 200.00 |
| 7. | Furs and jewelry. | | Wedding Rings | J | 400.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | Gun, camera, golf clubs and fishing poles<br>Location: 123 Elderberry Lane, Niceville FL 32578 | H | 220.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | | Coastal Bank Annuities (Tim Harless $3408.09, Mae Harless $3408.09) | J | 6,816.18 |

                                                                                                   Sub-Total >          9,897.55
                                                                                              (Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

In re    **Timothy A Harless,**
       **Mae D Harless**
                           Debtors

Case No. __12-31079__

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Five Star Enterprises of NW Florida, Inc. (80% Mae Harless, 20% Tim Harless) See attached balance sheet reflecting negative equity in business. | J | 10.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | TMH Holdings, LLC | J | Unknown |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | A/R due from Five Star Enterprises of NW FL, Inc. ($1819.26 Wife and $13,937.28 Husband) | J | 15,756.54 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Counter-claim against First City Bank of Florida in Case No. 11-CA-3189 (First City Bank of Florida v. TMH Holdings, LLC) | J | Unknown |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | 2011 Possible tax refund, tax return not done | J | Unknown |
| | | Potential BP Oil Spill claim recovery estimated at $6,000.00, but unknown value at present time. | H | Unknown |

                                              Sub-Total >    15,766.54
                                          (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Timothy A Harless,**  
      **Mae D Harless**  
                  Debtors

Case No. __12-31079__

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Hurricane Deck Boat w/ motor and trailer | W | 20,000.00 |
| | | 2003 F250 Truck (needs repairs @ $3,000.00) | W | 7,300.00 |
| | | 2006 F250 (not running, needs approx. $6,000.00 in engine repairs) | W | 10,500.00 |
| | | 2205 Jeep; location unknown, property seized by First City National Bank on 7/31/2012 | W | 14,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Filing cabinet and office supplies | J | 15.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

                                                      Sub-Total >    **51,815.00**  
                                                   (Total of this page)

Sheet __2__ of __3__ continuation sheets attached  
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Timothy A Harless,**
**Mae D Harless**

Case No. __12-31079__

Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | Hard Top for Jeep | J | 1,000.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Sub-Total > 1,000.00
(Total of this page)
Total > 78,479.09

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

In re  **Timothy A Harless,**
       **Mae D Harless**
                                                              Debtors

Case No. __12-31079__

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Homestead Location: 123 Elderberry Lane, Niceville FL 32578 | Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02 | 120,000.00 | 145,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Bank of America Checking ($24.31); Bank of America Savings ($36.29), Bank of America Savings ($85.77) | Fla. Const. art. X, § 4(a)(2) | 146.37 | 146.37 |
| Wells Fargo Checking | Fla. Const. art. X, § 4(a)(2) | 500.00 | 500.00 |
| **Household Goods and Furnishings** | | | |
| Furniture, 4 televisions, Play Station, Wii, old stereo, washer & dryer; misc. hand tools, holiday decorations, microwave oven, BBQ grill. Location: 123 Elderberry Lane, Niceville FL 32578 | Fla. Const. art. X, § 4(a)(2) | 1,143.63 | 1,475.00 |
| **Wearing Apparel** | | | |
| Clothing | Fla. Const. art. X, § 4(a)(2) | 200.00 | 200.00 |
| **Annuities** | | | |
| Coastal Bank Annuities (Tim Harless $3408.09, Mae Harless $3408.09) | Fla. Stat. Ann. § 222.21(2) | 6,816.18 | 6,816.18 |
| **Stock and Interests in Businesses** | | | |
| Five Star Enterprises of NW Florida, Inc. (80% Mae Harless, 20% Tim Harless) See attached balance sheet reflecting negative equity in business. | Fla. Const. art. X, § 4(a)(2) | 10.00 | 10.00 |
| **Interests in Partnerships or Joint Ventures** | | | |
| TMH Holdings, LLC | Fla. Const. art. X, § 4(a)(2) | 0.00 | Unknown |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2003 F250 Truck (needs repairs @ $3,000.00) | Fla. Stat. Ann. § 222.25(1) | 2,000.00 | 7,300.00 |
| | Total: | 130,816.18 | 161,447.55 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Florida

In re  Timothy A Harless
      Mae D Harless
      _____
                        Debtor(s)

Case No.  **12-31079**
Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __26__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  April 24, 2013          Signature  /s/ Timothy A Harless
                                         Timothy A Harless
                                         Debtor

Date  April 24, 2013          Signature  /s/ Mae D Harless
                                         Mae D Harless
                                         Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy